```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                             EASTERN DIVISION
```

Michael A. Johnson, by and through    )
his next of kin/survivors,            )
                                      )
                Plaintiff,            )
                                      )
        v.                            )    No. 11 C 9019
                                      )
Bobby E. Wright Comprehensive         )
Behavioral Health Center, Inc.        )
                                      )
                Defendant.            )

## MEMORANDUM ORDER

This actions invokes two provisions of the Americans With Disabilities Act ("ADA"), coupled with three contentions advanced under Illinois state law, against Bobby E. Wright Comprehensive Behavioral Health Center, Inc. This memorandum order is issued sua sponte to address the manner in which the Complaint identifies the plaintiff as "Michael A. Johnson, by and through his next of kin/survivors."

Even though the Complaint never alleges Michael Johnson's death, this Court will take the case caption at face value. That being so, counsel's attention is drawn to the real-party-in-interest provisions of Fed.R.Civ.P. 17(a)(1) and (3). In the meantime, on the assumption that the problem with the designation of plaintiff will be corrected promptly, this Court is contemporaneously issuing its regular form of order setting an initial status hearing date and providing for procedures to be followed in anticipation of that date.

_____
                        Milton I. Shadur
                        Senior United States District Judge

Dated:    December 22, 2011