# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Michael A. Johnson

                      Plaintiff,

v.                                                 Case No.: 1:11–cv–09019
                                                       Honorable Sheila M.
                                                       Finnegan

Bobby E. Wright Comprehensive Behavioral
Health Center, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2014:

      MINUTE entry before the Honorable Sheila Finnegan: This case is dismissed without prejudice with leave to reinstate on or before 2/15/2016 solely for purposes of enforcing the settlement agreement. If a motion is not filed before the foregoing date, the case shall be deemed dismissed with prejudice on 2/15/2016 without further order of Court. Civil case terminated. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.